IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JAMES VENN,  :
      Plaintiff,  :
    v.  : Case No. 3:10-cv-149-KRG-KAP
CORRECTIONS OFFICER GLENN  :
WHEELER, et al.,  :
      Defendants  :

MEMORANDUM ORDER

Petitioner's motion to alter or amend the judgment, docket no. 7, was referred to Magistrate Judge Keith A. Pesto in accordance with 28 U.S.C.§ 636(c) and Local Rule 72.1 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on September 13, 2010, docket no. 8, recommending that the motion be denied.  The parties were notified, pursuant to 28 U.S.C.§ 636(b)(1), that they had fourteen days to serve and file written objections to the Report and Recommendation.  No objections were filed and the time to do so has expired.

Upon review of the record of this matter and the Report and Recommendation, the following order is entered:

AND NOW, this 27th day of September 2011, it is

ORDERED that the motion to alter or amend, docket no. 7, is denied.

BY THE COURT:

_____
KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice by U.S. Mail to:

    James M. Venn FL-7939
    S.C.I. Huntingdon
    1100 Pike Street
    Huntingdon, PA 16654-1112